## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

STANLEY A. FLEMING                                                                PLAINTIFF

v.                                    NO. 4:12CV00273 JLH

EVERGREEN PACKAGING, INC.                                       DEFENDANT

### ORDER

The parties in this matter have agreed that a settlement conference would be beneficial in this case. Therefore, the matter of a settlement conference in this case is hereby referred to United States Magistrate Judge Jerry W. Cavaneau for further proceedings.

The jury trial of this matter previously set for March 24, 2014, in Little Rock, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order. All pending motions are held in abeyance pending the outcome of the settlement conference.

IT IS SO ORDERED this 11th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE